EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 209 |
|---|---|
| José A. Vázquez Borrero | 201 DPR ____ |

Número del Caso:  TS-5966


Fecha: 28 de diciembre de 2018


Abogado del peticionario:

Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Vázquez Borrero

TS-5,966

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de diciembre de 2018.

Evaluada la "Moción informativa" presentada por el Sr. José A. Vázquez Borrero el 26 de noviembre de 2018, el Tribunal toma conocimiento. A la "Moción urgente en solicitud de reinstalación", presentada el 21 de septiembre de 2018, se provee con lugar y se le reinstala al ejercicio de la abogacía.

Se le ordena al Programa de Educación Jurídica Continua que los créditos que el licenciado Vázquez Borrero tomó en exceso mientras estuvo suspendido, se prorrateen para cubrir el tiempo en que el licenciado estuvo activo en la profesión dentro del periodo que fue interrumpido por la suspensión. El excedente que resulte, que se le acredite al nuevo periodo.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Estrella Martínez no intervino.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina